ANNA D. BANKS, Respondent, v. STEEPLECHASE AMUSEMENT CO., INC., Appellant.— No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

■

NOEL HOLDING CORPORATION et al., Appellants, v. CARVEL DARI-FREEZE STORES, INC., Respondent.— No opinion. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ. [See 1 A D 2d 663.]

■

ANNA BALDWIN, an Infant, by Her Guardian ad Litem, ALFRED D. BALDWIN, et al., Respondents, v. DABERT REALTY CORP., Appellant. Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN H. MAYER, Appellant.— Concur — Peck, P. J., Breitel, Bastow, Cox and Bergan, JJ.

■

REBECCA AMINOFF, Appellant, v. RALPH AMINOFF et al., Respondents.— No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See 1 A D 2d 664.]

■

LEO ROSENZWEIG et al., on Behalf of Themselves and Others Similarly Situated, Respondents, v. EDWARD T. CRINNION, as Bronx Borough Superintendent of Housing & Building of Bronx County in the City of New York, Respondent, and PUTTER VERNON BUILDING CORP., Appellant.— Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

■

JOSEPH TRAVERSA v. HALODA REALTY CORP.— Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.

■

LEO R. MILLER v. NORMA L. MILLER.— Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ.